UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RANDEL LANE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-485-JCM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARK COUNTY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 7, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __24h__ day of October, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge