# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDEL LANE, | ) |
|           Plaintiff, | ) Case No. 2:11-cv-00485-JCM-NJK |
| vs. | ) ORDER |
| CLARK COUNTY, NEVADA, | ) |
|           Defendant. | ) (Docket Nos. 51-55) |

    On June 20, 2016, while represented by counsel, Plaintiff Randel Lane filed six *pro se* motions: a motion to talk to Judge Mahan, Docket No 50; a motion to turn in new evidence, Docket No. 51; a motion for discovery, Docket No. 52; a motion to vacate the Ninth Circuit ruling, Docket No. 53; a motion for Clark County to turn over discovery, Docket No. 54; and a motion to turn in discovery, Docket No. 55.

    A party who is represented by counsel "cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a). The docket is clear that Plaintiff is represented by counsel in the instant case. *See* Docket.[1]

---

[1] Additionally, numerous timeliness and procedural defects exist in Plaintiff's motions. As Plaintiff improperly filed the motions *pro se* while represented by counsel, however, the Court need not reach these

1     Accordingly,

2     Plaintiff's *pro se* motions, Docket Nos. 50, 51, 52, 53, 54, 55, shall be **STRICKEN** from the
3 docket.

4     IT IS SO ORDERED.

5     DATED: June 28, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

28 issues and does not engage in a discussion of them.