UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDEL LANE,<br><br>          Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY,<br><br>          Defendant(s). | Case No. 2:11-cv-00485-JCM-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 58) |

Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 58. For good cause shown, the motion to withdraw, Docket No. 58, is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's last known address:

    Randel Lane
    939 E. Flamingo Road, Apt. 52
    Las Vegas, NV 89119

Docket No. 58 at 2. Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service no later than August 4, 2016.

    IT IS SO ORDERED.

    DATED: July 27, 2016

    _____
    NANCY J. KOPPE
    United States Magistrate Judge