# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDEL LANE, | Case No. 2:11-cv-00485-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| CLARK COUNTY, | (Docket No. 72) |
| Defendant. | |

Pending before the Court is Plaintiff's Motion for Kirk T. Kennedy to Answer Interrogatories. Docket No. 72. For the reasons discussed below, the motion is **DENIED**.

Plaintiff asks the Court to order his former attorney in the instant case to answer 23 separate interrogatories. *Id*. at 2-3. His former attorney is not a party to this case. Plaintiff submits no authority as to how the Court can order an attorney to respond to interrogatories when he represented the Plaintiff, but is not a party to the case.

In any event, discovery in the instant case has been closed since February 2, 2012, and the case itself has been closed in this Court since February 13, 2013. Docket No. 21 at 2; Docket No. 40. Plaintiff cannot move to compel discovery responses more than four years after the close of discovery, and more than three years after the case itself was closed.[1]

---

[1] Even if the Court considered Plaintiff's motion as a motion to compel discovery, it is procedurally incorrect, and would be denied on that basis. *See* Docket No. 70 at 1-2.

1     Accordingly, for the reasons stated above, Plaintiff's motion, Docket No. 72, is hereby **DENIED**.

2     IT IS SO ORDERED.

3     DATED: August 17, 2016.

                                                  NANCY J. KOPPE
                                                United States Magistrate Judge