## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDEL LANE,<br><br>                Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>                Defendant. | Case No. 2:11-cv-00485-JCM-NJK<br><br>ORDER<br><br>(Docket No. 75) |

      Pending before the Court is Plaintiff's Motion for Federal Court to Order Clark County to Turn Over Production of Documents. Docket No. 75. For the reasons discussed below, the motion is **DENIED**.

      Plaintiff's motion appears to relate to Plaintiff's state case, rather than the instant case. *See* Docket No. 75 at 2 ("When attorney Kennedy denies to be involved in the Federal case, it actually prevents him from knowing about the facts that could clear my name in the State Case. He has filed the opening brief in the Nevada Supreme Court, [t]he County has not written an opposing brief, and attorney Kennedy has not responded to the County['s] opposing brief or wrote a [sic] final brief"). To the extent the motion does apply to the instant case, however, it is an improper motion to compel discovery.

      Discovery in the instant case has been closed since February 2, 2012. Docket No. 21 at 2. As the Court has already ordered on more than one occasion, Plaintiff cannot move to compel discovery responses more than four years after the close of discovery, and more than three years after the case itself was closed.[1] *See* Docket Nos. 70, 74.

---

[1] Even if the Court considered Plaintiff's motion as a motion to compel discovery, it is procedurally incorrect, and would be denied on that basis. *See* Docket No. 70 at 1-2.

Accordingly, for the reasons stated above, Plaintiff's motion, Docket No. 75, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: August 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge