UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDEL LANE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:11-cv-00485-JCM-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| CLARK COUNTY, | ) |
| | ) (Docket No. 78) |
| Defendant. | ) |

Pending before the Court is Plaintiff's request for production of documents from Kirk Kennedy. Docket No. 75. For the reasons discussed below, the motion is **DENIED**.

Plaintiff appears to be asking the Court to compel his former attorney, Kirk Kennedy, to communicate with him about which documents Mr. Kennedy filed in this case. *See, e.g.*, Docket No. 78 at 1 ("I need a list of [sic] exhibits numbers from Kennedy that he filed in the federal case. I also need the affidavit he claimed he turned in after February 2012 from me to Judge Mahan and proof it was filed as a motion."). The Court does not have the power to force Mr. Kennedy, who withdrew as Plaintiff's attorney in a case that was closed over three years ago, to communicate with Plaintiff. Docket Nos. 40, 59. Moreover, if Plaintiff wishes to see which motions and exhibits have been filed in this case – and the Court's responses to them – he need only consult the docket.

Accordingly, for the reasons stated above, Plaintiff's motion, Docket No. 78, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: September 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge