UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RANDEL LANE, | Case No. 2:11-CV-485 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY, | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Randall Lane's motion for this court to reconsider its denial of plaintiff's previous motion for review of Magistrate Judge Koppe's order striking six motions filed while plaintiff was represented by counsel. (ECF Nos. 56, 57, 80, 81).

Local Rule 7-3(b) states that "[a]ll [non-summary judgment] motions, responses to motions, and pretrial and post-trial briefs are limited to 24 pages, excluding exhibits. All other replies are limited to 12 pages, excluding exhibits."

The instant motion is 32 pages long, excluding exhibits or declarations. (ECF No. 81). Therefore, plaintiff is in violation of Local Rule 7-3(b).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion (ECF No. 81) be, and the same hereby is, DENIED.

DATED April 20, 2017.

                                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**