UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RANDEL LANE,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>CLARK COUNTY,<br><br>　　　　　　　Defendant(s). | Case No. 2:11-CV-485 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Lane v. Clark County*, case no. 2:11-cv-00485-JCM-NJK.

On April 25, 2019, plaintiff Randel Lane ("plaintiff") filed a motion entitled "motion to request who has jurisdiction on fraud on the court." (ECF No. 87). However, plaintiff's motion contains no supporting memorandum containing points and authorities, as required by Local Rule 7-2(a). *See* LR 7-2(a). Accordingly, the court will strike the noncompliant document. LR IC 7-1 ("The court may strike documents that do not comply with these rules.").

On August 15, 2019, plaintiff filed a motion entitled "motion to report alleged fraud and witness tampering." (ECF No. 88). However, plaintiff's motion contains no supporting memorandum containing points and authorities, as required by Local Rule 7-2(a). *See* LR 7-2(a). Further, plaintiff's motion is thirty-three (33) pages long and, as a result, is in violation of Local Rule 7-3. *See* LR 7-3 (setting a thirty-page limit on motions for summary judgment and a twenty-four-page limit on all other motions). Accordingly, the court will strike the noncompliant document. LR IC 7-1 ("The court may strike documents that do not comply with these rules.").

Moreover, to the extent that the court may construe either of plaintiff's motion as a motion for reconsideration, plaintiff has provided no authority to support such a motion.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS ORDERED THAT plaintiff's "motion to request who has jurisdiction on fraud on the court" (ECF No. 87) be, and the same hereby is, STRICKEN.

IT IS FURTHER ORDERED THAT plaintiff's "motion to report alleged fraud and witness tampering" (ECF No. 88) be, and the same hereby is, STRICKEN.

IT IS SO ORDERED.

DATED September 11, 2019.

                                                  /s/ James C. Mahan
UNITED STATES DISTRICT JUDGE